1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11  JAMES ALBERT HODGES,                    1:23-cv-01635 GSA (PC)

12              Plaintiff,

13     v.                                   ORDER GRANTING APPLICATION TO
                                            PROCEED IN FORMA PAUPERIS
14  UNKNOWN,                                (Document# 5)

15              Defendant.                  and

16
                                            ORDER DIRECTING PAYMENT
17                                          OF INMATE FILING FEE BY THE
                                            LERDO MAX-MED FACILITY KERN
18                                          COUNTY SHERIFF

19

20      Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. 1983 and has requested

21  leave to proceed in forma pauperis pursuant to 28 U.S.C. 1915. Plaintiff has made the showing

22  required by 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.

23  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C.

24  1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of

25  the preceding month's income credited to plaintiff's trust account. The Lerdo Max-Med Kern

26  County Sheriff is required to send to the Clerk of the Court payments from plaintiff's account

27  each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.

28  28 U.S.C. 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;

**2. The Lerdo Max-Med Kern County Sheriff or his designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis application on the Lerdo Max-Med Kern County Sheriff located at 17645 Industrial Farm Road, Bakersfield, CA 93308.

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

5. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, if plaintiff has not already done so.

IT IS SO ORDERED.

Dated:   **November 22, 2023**             **/s/ Gary S. Austin**
                                                                     UNITED STATES MAGISTRATE JUDGE

2