# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALBERT HODGES, | No. 1:23-cv-01635-KES-BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS ACTION FOR FAILURE TO PROSECUTE |
| v. | |
| UNKNOWN, | (Doc. 22) |
| Defendant. | |

Plaintiff James Albert Hodges is a county jail inmate proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This case was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On October 3, 2025, the Court issued an order of reassignment of this case from Magistrate Judge Gary S. Austin to Magistrate Judge Barbara A. McAuliffe for all further proceedings. Doc. 20. That order was served on plaintiff at his current address of record at the Lerdo Max-Med Facility in Bakersfield, California. *See* docket. On October 14, 2025, the Court's order of reassignment was returned as "Undeliverable, Not in Custody." *See* docket. Plaintiff's notice of change of address was therefore due thirty days thereafter. L.R. 183(b). Plaintiff did not file a notice of change of address or otherwise communicate with the Court.

On November 20, 2025, the assigned magistrate judge issued findings and recommendations recommending dismissal of this action, without prejudice, based on plaintiff's

1

1  failure to prosecute.  Doc. 22.  Those findings and recommendations were served on plaintiff and
2  contained notice that any objections thereto were to be filed within fourteen days after service.
3  *Id.* at 3.  No objections have been filed, and the deadline to do so has passed.[1]  Plaintiff has not
4  updated his address or otherwise communicated with the Court regarding this action.
5        In accordance with the provisions of 28 U.S.C. § 636 (b)(1), this Court has conducted a de
6  novo review of the case.  Having carefully reviewed the file, the Court concludes that the findings
7  and recommendations are supported by the record and by proper analysis.
8        Accordingly:
9    1. The findings and recommendations issued on November 20, 2025, Doc. 22, are adopted in
10      full;
11   2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute; and
12   3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

    Dated:   December 19, 2025

                                UNITED STATES DISTRICT JUDGE

---

[1] The findings and recommendations were returned as "Undeliverable, Not in Custody" on December 3, 2025.  *See* docket.  Though the Court's order of reassignment and the findings and recommendations were returned as undeliverable, they were properly served.  *See* L.R. 182(f) (absent notice of a pro se party's change of address, service of documents at the prior address of record is fully effective).

2